UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NETSCOUT SYSTEMS, INC., )
)
)
Plaintiff, ) CIVIL ACTION NO. 04-12467GAO
)
v. )
)
GAP SOFTWARE PTY LTD, )
STATSCOUT PTY LTD, and )
ASPETUCK SOLUTIONS LLC, )
)
Defendants. )

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i)

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its attorneys, hereby dismisses the above-numbered Complaint, without prejudice and without costs.

Dated: March 22, 2005

David J. Byer (BBO #544411)
Deborah J. Peckham (BBO #564865)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109-1808
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

BOS-806435-1



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

March 22, 2005

Phi Lan M. Tinsley

Direct Dial:   617.261.3224
Facsimile:    617.261.2175
Email:        ptinsley@klng.com

**BY HAND DELIVERY**

United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way,
Boston, MA 02210

Re:   NetScout Systems, Inc. v. Gap Software Pty Ltd et. al.
      Civil Action No.:04-12467 GAO

Dear Sir or Madam:

Enclosed please find an original and one copy of the Notice of Dismissal in connection with the above-referenced case. Please confirm receipt of this filing by date stamping the enclosed copy and returning it to the paralegal.

Please note that the Defendants in this case were never served with the original complaint and therefore a certificate of service has not been signed for this Notice of Dismissal. If you have any questions please do not hesitate to contact us at (617) 261-3100.

Very truly yours,

Phi Lan Tinsley

Enclosures